# United States District Court
## Southern District of Georgia

MALLORY C. JONES; and TROY A. MOSES,

   Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-003

RAMONE LAMKIN, Individually, and In His Official Capacity as Marshal of the Civil and Magistrate Courts of Richmond County, Georgia; and AUGUSTA, GEORGIA,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 24, 2018, the Court GRANTS Defendant Lamkin's Motion for Summary Judgment and GRANTS Defendant Augusta, Georgia's Motion for Summary Judgment. Judgment is ENTERED in favor of Defendants on all of Plaintiff's claims. This case stands CLOSED.



September 24, 2018
*Date*

Scott L. Poff
*Clerk*

*Morgan A. Akins*
(By) Deputy Clerk

GAS Rev 10/1/03